AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| ANQING CHEN <br><br> *Plaintiff(s)* <br><br> v. <br><br> ALEJANDRO N. MAYORKAS, Secretary of the U.S. Department of Homeland Security; <br> UR M. JADDOU, Director of U.S. Citizenship and Immigration Services; <br> TERRI A. ROBINSON, Director of the National Benefits Center of U.S. Citizenship and Immigration Services; and <br> CHRISTOPHER A. WRAY, Director of the Federal Bureau of Investigation <br><br> *Defendant(s)* | Civil Action No. 24-5327 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Director Ur M. Jaddou
USCIS
Office of the Chief Counsel
111 Massachusetts Ave. NW
Washington, DC 20529-2098

Director Terri A. Robinso
USCIS
National Benefits Center
P.O. Box 648005
Lee's Summit, MO 64064

Director Christopher A. Wray
FBI
Office of the General Counsel
935 Pennsylvania Ave. NW, Rm. 7427
Washington, DC 20535

Secretary Alejandro N. Mayorkas
DHS
Office of the General Counsel
Mail Stop 3650
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Yevgeny Samokhleb, Esq.
299 Broadway, Suite 1005, New York, NY 10007
(212) 219-2297

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*